# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JACQUELINE J. AGEE

JACQUELINE J. AGEE, *on behalf of*, JJA

       Plaintiffs

  v.

                                                          Civil Action No. 2:23-cv-404

PAIGE N. HICKENBOTTOM

SAMUEL A. JACOBS

JARRETT A. STICKLE

ST. JOHN INDIANA, TOWN OF

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: JUDGMENT IS ENTERED in favor of Defendants Paige N. Hickenbottom, Samuel A. Jacobs, Jarrett A. Stickle, St. John Indiana, Town of, and against the plaintiffs Jaqueline J. Agee and Jacqueline J Agee obo JJA.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Gretchen S. Lund on Defendant's Motion to Dismiss

DATE: 8/19/2024                                    CHANDA J. BERTA, CLERK OF COURT

                                                      by   s/ S. Jarrell
                                                      *Signature of Clerk or Deputy Clerk*